Jesse Isidor STRAUS, Percy S. Straus, and Herbert N. Straus, Individually and as Copartners Doing Business under the Firm Name and Style of R. H.

Macy & Co., Plaintiff in Error (Defendants Below), v. Regina D. WHITE, Defendant in Error (Plaintiff Below). (Circuit Court of Appeals, Second Circuit. February 4, 1924.) No. 221. In Error to the District Court of the United States for the Southern District of New York. William Butler, of New York City (George F. Hickey, of New York City, of counsel), for plaintiff in error. Joseph F. McCloy, of New York City (Arthur T. O'Leary, of New York City, of counsel) for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.